# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 668 |
| | : | |
| ORDER AMENDING RULES 1063 | : | CIVIL PROCEDURAL RULES |
| AND 1093 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| CIVIL PROCEDURE | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2017, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1063 and 1093 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on October 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.